UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD SATISH EMRIT, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | 2:14-cv-01759-APG-NJK |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| GOVERNOR BRIAN SANDOVAL, et al., | ) | (Docket Nos. 3, 4) |
| | ) | |
| Defendant(s). | ) | |

In an order issued concurrently herewith, the Court is dismissing Plaintiffs' claims with leave to amend. Given that Plaintiffs have at this time failed to state a claim for relief, the Court finds the pending discovery-related motions to be premature. Docket Nos. 3, 4. Accordingly, those motions are hereby DENIED without prejudice.

IT IS SO ORDERED.

Dated: February 17, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge