**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RONALD SATISH EMRIT and NICOLE ROCIO LEAL-MENDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN SANDOVAL, *et al.*,<br><br>Defendants. | Case No. 2:14-CV-01759-APG-NJK<br><br>**ORDER**<br><br>(Dkt. #22) |

On February 17, 2015, Magistrate Judge Koppe entered an order granting the plaintiffs in forma pauperis status and dismissing their complaint with leave to amend. (Dkt. #13.) Per Judge Koppe's order, the plaintiffs were required to file an amended complaint by March 20, 2015. (*Id.*) Judge Koppe notified the plaintiffs that failure to comply with her order would result in her recommending the case be dismissed. (*Id.*) The plaintiffs did not file an amended complaint as directed. Accordingly, on April 6, 2015, Judge Koppe entered a Report & Recommendation (Dkt. #22) recommending I dismiss the plaintiffs' federal claims without prejudice and decline to exercise supplemental jurisdiction over the plaintiffs' state law claims.

I conducted a de novo review of the issues set forth in the Report & Recommendation and in Judge Koppe's prior order. Judge Koppe's order and Report & Recommendation set forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #22) is accepted.

IT IS FURTHER ORDERED that the plaintiffs' federal claims are dismissed without prejudice and I decline to exercise supplemental jurisdiction over plaintiffs' state law claims.

IT IS FURTHER ORDERED that the clerk of court shall close this case.

DATED this 28th day of April, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE